# MATTHEW J. KLUGER
### ATTORNEY AT LAW

**MEMO ENDORSED**

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

May 12, 2020

By ECF
Honorable Edgardo Ramos
U.S. District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> The May 14 pretrial conference is adjourned to June 23, 2020 at 10:00 AM.  Speedy trial time is excluded from May 14, 2020, until June 23, 2020, in the interest of justice.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __5/14/2020___
> New York, New York

Re:   **United States v. Angela Rodriguez and Shawndale Lewis**
      **20 Cr. 39 (ER)**

Dear Judge Ramos:

I represent defendant Angela Rodriguez in the above-referenced matter. With the consent of A.U.S.A. Samuel Rothschild and Richard Ma, attorney for defendant Shawndale Lewis, I write now to respectfully request a 30-day adjournment of the next status conference, which is currently scheduled for May 14, 2020 at 3:30 p.m.

Defense counsel continue to review the voluminous discovery in this matter. Moreover, given the current health crisis and Chief Judge McMahon's Standing Order, in-court appearance is not possible at this time. Accordingly, to allow additional time for the continued review of discovery, client communications, and plea negotiations, the parties respectfully request a 30-day adjournment of the upcoming status conference.[1]

In the event that the Court grants this request, the defense has no objection to the exclusion of time for the reasons stated herein.

Thank you.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.
*Attorney for Angela Rodriguez*

cc:   Richard Ma, Esq.
      AUSA Samuel P. Rothschild

---

[1] If personal appearance is not possible on the adjourned date, the parties have no objection to appearing either by video or telephone.