**MATTHEW J. KLUGER**
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

**MEMO ENDORSED**

June 13, 2020

By ECF
Honorable Edgardo Ramos
U.S. District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> The application is __X__ granted
> ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:    6/16/2020
> New York, New York

Re:   **United States v. Angela Rodriguez**
      **20 Cr. 39 (ER)**

Dear Judge Ramos:

    I represent Angela Rodriguez in the above-referenced matter. With the consent of Pretrial Services Officer Keyana Pompey, and A.U.S.A. Samuel Rothschild who defers to the position of Pretrial Services, I write now seeking permission for Ms. Rodriguez to travel to Miami, Florida from June 24, 2020 to June 30, 2020 for a medical procedure.

    Bail in this matter was set by Magistrate Judge Katharine H. Parker on November 14, 2019. One of the conditions of her bail was that Ms. Rodriguez's travel be limited to the Southern and Eastern Districts of New York. Prior to her arrest, Ms. Rodriguez had an elective surgical procedure which led to complications and a short period of hospitalization. She is currently experiencing discomfort and other complications from the procedure and has made tentative arrangements to have surgery done in Miami on the dates requested herein to hopefully correct these surgical complications.

    Accordingly, Ms. Rodriguez seeks permission from the Court to temporarily modify her bail and allow her to travel from Newark Airport in the District of New Jersey to the city of Miami in the Southern District of Florida from June 24, 2020 to June 30, 2020.[1] Although Officer Pompey has no objection to this request, she also asks (without objection) that the Court require Ms. Rodriguez to comply with all CDC safety guidelines, which include wearing a mask, washing her hands, and social distancing whenever practicable.

    Thank you.

---

[1] Should the Court grant this request, Ms. Rodriguez will provide additional address and contact information to Officer Pompey.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.
*Attorney for Angela Rodriguez*

cc: PTSO Keyana Pompey
AUSA Samuel P. Rothschild