MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

November 21, 2020

By ECF
Honorable Edgardo Ramos
U.S. District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> The application is  X   granted
> _____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 11/23/2020
> New York, New York

     **Re:** **United States v. Angela Rodriguez**
           **20 Cr. 39 (ER)**
           **Consent Request to Travel**

Dear Judge Ramos:

    I represent Angela Rodriguez in the above-referenced matter. Bail in this matter was set by Magistrate Judge Katharine H. Parker on November 14, 2019. As a condition of her bail, Ms. Rodriguez's travel is limited to the Southern and Eastern Districts of New York. However, with the consent of Pretrial Services Officer Keyana Pompey (with whom A.U.S.A. Samuel Rothschild concurs), I write now seeking permission for Ms. Rodriguez to visit family in Atlanta, GA from December 4, 2020 to December 7, 2020. Because Ms. Rodriguez's flight leaves from Newark Airport, the defense seeks permission for Ms. Rodriguez to travel to the District of New Jersey as well.[1]

    Ms. Rodriguez has been informed that she must comply with all CDC safety guidelines and comply with all state Covid-19 travel requirements as well, including quarantine if it applies.

    Thank you.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.
*Attorney for Angela Rodriguez*

---

[1] Should the Court grant this request, Ms. Rodriguez will provide contact information and flight details to Officer Pompey prior to travel.

cc: PTSO Keyana Pompey
 AUSA Samuel P. Rothschild