# MATTHEW J. KLUGER
ATTORNEY AT LAW

**MEMO ENDORSED**

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

June 14, 2021

By ECF
Honorable Edgardo Ramos
U.S. District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> The June 16 pretrial conference is adjourned to July 16, 2021 at 11:30 a.m. Speedy trial time is excluded from June 16, 2021, until July 16, 2021, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 6/15/2021
> New York, New York

Re:   **United States v. Angela Rodriguez**
      20 Cr. 39 (ER)

Dear Judge Ramos:

    I represent defendant Angela Rodriguez in the above-referenced matter. A status conference in this matter is scheduled for June 16, 2021 at 4:00 p.m. The parties remain actively engaged in plea discussions. Accordingly, the defense respectfully requests that the conference be adjourned for 30-days.

    A.U.S.A. Samuel Rothschild consents to this request. For these same reasons, and in the interests of justice, the defense consents to the exclusion of time under the Speedy Trial Act until the anticipated adjourn date.

    Thank you.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.
*Attorney for Angela Rodriguez*

cc:   AUSA Samuel P. Rothschild