# MATTHEW J. KLUGER
## ATTORNEY AT LAW

**MEMO ENDORSED**

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

September 20, 2021

> Status conference is adjourned from September 22, 2021 to October 27, 2021 at 10am. Speedy trial time is excluded from September 22, 2021 until October 27, 2021, in the interest of justice.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __09/20/2021_____
> New York, New York

By ECF
Honorable Edgardo Ramos
U.S. District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> **Re:    United States v. Angela Rodriguez**
>         **20 Cr. 39 (ER)**

Dear Judge Ramos:

I represent defendant Angela Rodriguez in the above-referenced matter. A status conference has been scheduled for September 22, 2021 at 11:30 a.m.

As the Court may recall, at the end of July, Ms. Rodriguez submitted her application to the Court's Young Adult Opportunity Program. Pretrial Services is still conducting its own due diligence and is in the process of reviewing Ms. Rodriguez's YAOP application. The defense understands that a decision is forthcoming. Accordingly, the undersigned respectfully requests that the conference be adjourned for 30-days.

A.U.S.A. Samuel Rothschild is aware of this request and the reason for it and consents. Accordingly, for the reasons stated above, as well as in the interests of justice, the defense consents to the exclusion of time under the Speedy Trial Act until the anticipated adjourn date.

Thank you.

Respectfully,

/s/ **Matthew J. Kluger**
Matthew J. Kluger, Esq.
*Attorney for Angela Rodriguez*

cc:     AUSA Samuel P. Rothschild