UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

ANGELA RODRIGUEZ,

                    Defendant.

-------------------------------------------------------------X

20-CR-00039 (ER)-1

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    A hearing is scheduled in this case for Tuesday, October 5, 2021, at 4:30 p.m. The conference will be hosted on Microsoft Teams. A video link will be distributed by email to counsel. The public may access the audio feed of the conference by calling (877) 402-9757 and using access code 7938632#.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 22, 2021
               New York, New York