```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   20-CR-00039
     -against-                       :   ORDER
                                     :
Angela Rodriguez                     :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail conditions be modified to include:

- Mental health evaluation/treatment as directed by Pretrial Services

Dated: December 6, 2023
New York, New York

SO ORDERED:

_____
Ronnie Abrams
United States District Judge